THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA TAYLOR, | : |
| Plaintiff, | : |
| v. | : 3:21-CV-754 |
| | : (JUDGE MARIANI) |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 23rd DAY OF MARCH, 2023, upon review of Magistrate Judge Joseph Saporito's Report & Recommendation ("R&R") (Doc. 25) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 25) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED.**

3. The case is **REMANDED** to the Commissioner for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi, the current Acting Commissioner of Social Security, is substituted for former Commissioner of Social Security Andrew Saul as the named defendant in this action.